**NOT FOR PUBLICATION  IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000667**
**12-JAN-2021**
**07:56 AM**
**Dkt. 58 ODMR**

NO. CAAP-17-0000667

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JOHN Y. SUZUKI AND LOLA L. SUZUKI,
Plaintiffs-Appellants,
v.
JOHN MOWRY dba TOWN & COUNTRY BUILDERS, LLC,
Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1RC17-1-3158)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of the "Motion For Reconsideration of the Summary Disposition Order Filed by the Intermediate Court of Appeals on 12/29/2020" (**Motion for Reconsideration**) by Plaintiffs-Appellants John Y. Suzuki and Lola L. Suzuki, proceeding pro se, and the record in this case,

IT IS HEREBY ORDERED THAT the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, January 12, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge